

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
BINKIS, Andrey

**DEFENDANTS**
USCIS, Director, Chicago Field Office, BLACKWOOD, Robert; USCIS, Director, GONZALEZ, Emilio T.; USDHS, Secretary, CHERTOFF, Michael; FBI, Director, MUELLER, Robert S.

**(b) County of Residence of First Listed Plaintiff** Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Thomas K. Ragland, MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775, Washington, DC 20036
Phone: (202) 483-0053

Attorneys (If Known)
United States Attorney's Office, Northern District of Illinois
219 S. Dearborn St., 5th Floor, Chicago, IL 60604
Phone: (312) 353-5300

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)



FILED
FEB 01 2008
2-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

08CV708
JUDGE KENNELLY
MAGISTRATE JUDGE ASHMAN

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
28 U.S.C. §1361; 28 U.S.C. §1331; 5 U.S.C. §555(b) and §702.
Complaint to compel adjudication of Plaintiff's application.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint: JURY DEMAND: [ ] Yes [x] No

**IX. This case** [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 1/22/08
SIGNATURE OF ATTORNEY OF RECORD: [signature]