MHA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Andrey BINKIS v. Robert BLACKWOOD, et al.

**08CV708**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Andrey Binkis

FILED
J.N
FEB X 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Thomas K. Ragland |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | MAGGIO & KATTAR |
| STREET ADDRESS | 11 Dupont Circle, NW, Suite 775 |
| CITY/STATE/ZIP | Washington, DC 20036 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | (202)483-0053 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |