

MAR 2 6 2008

FILED

MAR 2 6 2008 *AE*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREY BINKIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00708 |
| ) | |
| ROBERT BLACKWOOD, Director ) | |
| U.S. Citizenship and Immigration Services ) | |
| Et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by undersigned counsel, hereby notifies the court that the above-captioned case can be dismissed without prejudice.

Respectfully Submitted,

*/s/ Thomas K. Ragland*

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREY BINKIS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT BLACKWOOD, Director )<br>U.S. Citizenship and Immigration Services )<br>Et al., )<br>)<br>    Defendants. )<br>) | Case No. 1:08-cv-00708 |

### CERTIFICATE OF SERVICE

I, Thomas K. Ragland, hereby certify that on the 25th day of March, 2008, I caused to be served a true and correct copy of the foregoing Notice of Dismissal via U.S. mail upon:

U.S. Attorney's Office for the Northern District of Illinois
219 South Dearborn Street, Fifth Floor
Chicago, IL 60604

_/s/ Thomas K. Ragland_
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036